**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jaime Enrique ARGUMENDO–
BATRAS, Defendant–
Appellant.**

**No. 08–40078**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jaime Enrique Argumendo–Batras has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Argumendo–Batras has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's mo-

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

tion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.